*Daniel J. Klau, Richard F. Wareing* and *Joseph J. Chambers,* in support of the petition.

*Donald M. Longley,* pro se, and *Richard K. Greenberg,* pro se, in opposition.

Decided March 2, 2006

---

### STATE OF CONNECTICUT *v.* VINCENTE G. MOROCHO

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 205 (AC 23982), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* senior assistant state's attorney, in opposition.

Decided March 2, 2006

---

### STATE OF CONNECTICUT *v.* ROBERT KALMAN

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 129 (AC 24788), is denied.

*Richard E. Condon, Jr.,* assistant public defender, in support of the petition.

*James M. Ralls,* senior assistant state's attorney, in opposition.

Decided March 2, 2006

---